IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

{"DARREL" RICARDO BOLDEN}
(Name Pursuant to this Petition)
Plaintiff / Petitioner {Darrell R. Bolden
(Name convicted under)
vs.

James McKinney, - Warden
Department of Corrections,
State of Iowa, Et;al
Respondents / Defendant(s) /

Case No.
PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2254 PERSON IN STATE CUSTODY
(In Forma Pauperis)

Re: FECR100024 - FECR100606
The Attorney General of the State of Iowa:
Tom Miller
Background:

1. Conviction - Linn County District Court - May 14th, 2013 - Motion New Trial - May 20th, 2013 - Supplemental Filed by Ray Scheetz - Motion overruled by Judge Mitchell Turner - Jerry Vandersanden prosecutor - Linn County. FECR100606:

2. Trial in FECR 100024 led to conviction and sentence and numerous Ch. 822, Petitions, Writ of Habeas State Petitions all denied without any hearings. See - Linn Co. District Court docket. The hearings that did take place in Polk County District Court by telephone with attorney Marshall Orsini, resulted in loss of 180 days of time on my sentence in 2015.

3. All filings to Iowa Supreme Court were Affirmed, with exception of Conviction of Possession of Burglary Tools (Gloves - Flashlight. See - State v. Bolden, ?? citing. Webb Wassmer was appeal attorney in Burg. Tool Dismissal.

4. Attorneys Frank Santiago, Mark Meyers, Webb Wassmer all appointed in Direct Appeals.

5. Petitioner had PCR Trial on March 7th, 2019 with motion to dismiss & vacate sentences, Motion to Compel and Motion to Consolidate all denied by Court, in separate motion on 2-21-19. Pro se motions and petitions not argued.
Hearing and release from custody is warranted immediately and any State Court proceedings, bearing Name "Darrell" Bolden - Date of Birth November 17th, 1960 are invalid and have identity information incorrect.

6. Correct Name "Darrel" Ricardo Bolden is what Birth Certificate states.

7. Correct Birthdate "November 15, 1960" is my correct Date of Birth.

Relief:

Petitioner Darrel Ricardo Bolden wishes to disclose the primary grounds for hearing and relief in this 28 U.S.C. § 2254 Writ of Habeas Corpus, that being the Iowa Supreme Court ruling handed down on June 30th, 2016 - Citing - State of Iowa v. Plain #16-0061 a Blackhawk County District Court Case involving exclusion of any African American jurors in the jury selection process. (Systematic Exclusion)

The presiding judge in March 7th, 2019 Ch. 822, trial did not say anything regarding the State of Iowa v. Plain #16-0061 ruling and my Pro Se PCR Application clearly demanded arguement on this issue.

Also the matter involving incorrect information was not addressed in making sure all names and Birthdates were correct in my Petitions. Case No. PCCV087184 has wrong name and Birthdate connected to it and must be expunged.

Wherefore, all information must be deemed invalid with my name spelled incorrectly "Darrell" Ricardo Bolden" Date of Birth November 17th, 1960.

Petitioner requests immediate release from Court Ordered Commitment to Iowa Department of Corrections by Judges Mitchell Turner and Sean McPartland, Vacate and Dismiss the judgments, and Release from Custody in the State of Iowa, in the best interests of justice.

Appointment of Counsel is requested for this Petition, for Darrel Ricardo Bolden D.O.B. 11-15-60.

cc: {U.S. District Court
Clerk of Court - Southern Dist.
Attorney General of Iowa
Linn County Attn.
Petitioner - D. Bolden
Defendant/Respondent - J. McKinney
State of Iowa, Et; al

(Certificate of Service)
The undersigned hereby certifies that this Writ of Habeas Petition was placed in the U.S. Mail, to be filed electronically, and served on all parties interested on this 14th day of March, 2019.

Darrel Ricardo Bolden
Petitioner / Plaintiff
3-17-19

2 of 2

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT
OF IOWA

Darrel Ricardo Bolden )  Case No.
Applicant/Petitioner, )  JUDICIAL REVIEW AND
 )  PETITION TO COMPEL
vs. )  STATE EXPUNGEMENT
 )  OF RECORDS
State of Iowa, Dept. of Corrections, Et;al, )
Respondent. )  (In Forma Pauperis)

Re: Expungement · Judicial Review

COMES NOW THE Petitioner/Applicant, moving to Compel Iowa Attorney General, Iowa Dept. of Corrections, Et; Database Social Media Inc. Et;al Respondents to expunge record with name "Darrell" Ricardo Bolden, Ch.822, PCR trial used invalid D.O.B. Social Security Administration - 6401 Security Blvd. Baltimore, Maryland 21235 Confirmed my true Birthdate November 15th 1960 and Correct name spelling "Darrel", PCR trial March 7th 2019 used invalid name w/documents bearing name not on Birth Certificate "Darrell" incorrect name. I am requesting appointment of Counsel or attorney to assist with preventing further misidentification on any legal documents. My Social Security Card spells my name "Darrel" and acknowledges my Date of Birth 11-15-60. I did notify Citizens Aide State Ombusman. The Administration of D.O.C. fails to acknowledge this new info or give my financial account balance for last 6 months to verify indigent status.
Letters to Kim Reynolds - Iowa Governor, Paul Pate - Sec. of State and Johnson County District Court, and Social Security are pending reply.

(Certificate of Service)
The undersigned hereby certifies that a copy of the document was placed in U.S. Mail to Clerk of U.S. District Court, to be served on all parties interested on this 12th day of March, 2019.

cc: U.S. District Court Clerk - Southern Dist
Attorney General - State of Iowa
County Attorney - Linn County
Petitioner/Applicant - Darrel R. Bolden
State of Ia. - D.O.C. - Et;al - Respondent(s)

Darrel Ricardo Bolden
Petitioner  3-12-19

To be filed Electronically:

## BEFORE THE BOARD OF PAROLE OF THE STATE OF IOWA

| IN THE MATTER OF THE PAROLE OF<br>Bolden, Darrell Ricardo<br>OFFENDER #: 0205171 | Violation Report<br>DATE: 12/03/2018 |
|---|---|

### OFFENDER INFORMATION

DOB: 11/17/1960

ADDRESS: 603 2nd Street SW
Cedar Rapids, Iowa, 52404

### PAROLE SUPERVISION STATUS

COMPLETED BY: Susan Fabian   PHONE: 319-297-3516 (Messages Only)

JUDICIAL DISTRICT: Sixth Judicial District

APPROVED BY: Mike Skaggs

### PRESENT STATUS SECTION

PRESENT STATUS: In custody - no new charges (State Confinement Fund charged)

CUSTODY TYPE: County   CUSTODY LOCATION: Linn

IN CUSTODY DATE: 11/28/2018

### PAROLE HISTORY SECTION

| Offense Date | Jurisdiction-Cause | | TDD/SDD | | | |
|---|---|---|---|---|---|---|
| Offense Description | | | | | | |
| Penalty Type | | Value | Modifier | | Min Value | Max Value |
| Supervision Status | | Start Date | Specialty Program | | | |
| 09/11/2012 | Linn-FECR100606 | | 02/02/2022 | | | |
| 902.8,B (1978) --HABITUAL OFFENDER (PROPERTY) | | | | | | |
| Prison | | 15, 0, 0 | Imposed | | | |
| Parole | | 07/02/2018 | Intensive Supervision | | | |
| 08/09/2012 | Linn-FECR100024 | | 02/02/2022 | | | |
| 713.6 (1983) --ATTEMPTED BURGLARY 2ND DEGREE | | | | | | |
| Prison | | 5, 0, 0 | Imposed | | | |
| Fine | | $750.00 | Suspended-No Probation | | | |
| Parole | | 07/02/2018 | Intensive Supervision | | | |
| 08/09/2012 | Linn-FECR100024 | | 09/22/2020 | | | |
| 713.7 (1992) --POSSESSION OF BURGLARY TOOLS | | | | | | |
| Fine | | $625.00 | Suspended-No Probation | | | |
| Prison | | 2, 0, 0 | Imposed | | | |
| Parole | | 07/02/2018 | Intensive Supervision | | | |

### REVOCATION HISTORY SECTION

| Hearing Date | Parole Violation Review Request | Hearing Decision | Violated Conditions | Imposed Conditions |
|---|---|---|---|---|
| 2/23/2017 1:34:00 PM | Revocation Hearing | Continue Disposition | 10, 20, 50 | 40a |

```
Darrel R. Bolden #0205171
Imcc - 2700 Coral Ridge Ave
     Coralville, Iowa
           52241
```

CEDAR RAPIDS IA 522

12 MAR 2019 PM 1 L

FOREVER USA

Barn Swallow

-RAYED & CLEARED BY U.S.M.S.

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections

```
          Chief Judge - James E. Gritzner
     c/o Clerk of United States District Court.
          Southern District of Iowa
          123 E. Walnut Street
               Des Moines, Iowa
                    50309
```

Legal Mail - 208499