# UNITED STATES DISTRICT COURT
## Southern District of Iowa

| | | |
|---|---|---|
| U.S. Courthouse | | Des Moines |
| 123 East Walnut Street | | Davenport |
| Des Moines, Iowa  50309 | | Council Bluffs |
| Clerk of Court's Office | | o: 515-284-6248 |
| www.iasd.uscourts.gov | | f : 515-284-6418 |



March 19, 2019


Darrel Bolden #205171
IMCC
2700 Coral Ridge Avenue
Coralville, Iowa 52241


Dear Mr. Bolden:

This letter is to inform you that on March 18, 2019 your Complaint filed with the Southern District of Iowa has been transferred to the Northern District of Iowa Case #1:17-cv-32.

Any future correspondence regarding your case 1:19-cv-32, please send to:

United States District Court
Northern District of Iowa
111 Seventh Avenue SE
Box 12
Cedar Rapids, Iowa 52401


Sincerely,



Deputy Clerk